FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00151-CV

John **PORTERFIELD**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-366
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

Appellee's brief was originally due on August 20, 2020. Appellee has been granted two previous extensions, the latest until October 21, 2020. Each of these extensions were granted based on appellate counsel's scheduling conflicts. In its third unopposed motion for an extension of time, counsel states the parties "are currently engaged in negotiations for potential resolution of the case." Appellee seeks an extension until November 20, 2020.

The motion is GRANTED and appellee's brief is due **no later than November 20, 2020**. Because appellee's brief was originally due on August 20, 2020, this court will not look favorably on further requests for an extension of time.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2020.

MICHAEL A. CRUZ, Clerk of Court